IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3044 |
| vs. | ORDER |
| KENNETH ALI CARMEN, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing Hearing (filing 69) is granted.

2. Defendant Kenneth Ali Carmen's sentencing is continued to January 21, 2016, at 2:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 14th day of December, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge