IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> KENNETH ALI CARMAN, <br><br> Defendant. | 4:15CR3044 <br><br> **ORDER** |

IT IS ORDERED:

1) The defendant's unopposed motion to modify conditions of release, (Filing No. 93) is granted.

2) The Court's prior orders, (Filing Nos. 59 and 62) are modified as follows: Defendant is ordered to reside with his sister from March 20, 2016 until April 5, 2016, his date of self-surrender.

3) The defendant shall comply with all other terms and conditions of his pretrial release.

Dated this 11th day of March, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge