IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:15CR3044** |
| vs. | |
| KENNETH ALI CARMAN, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The Defendant's Unopposed Motion to Continue Revocation Hearing (filing 137) is granted.

2. Defendant Kenneth Ali Carman's violation of supervised release hearing is continued to January 3, 2020, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 13th day of September, 2019.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Chief United States District Judge